UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

AMBER POINTER,
    Plaintiff,

v.

MICHAEL ASTRUE,
Commissioner of Social Security,
    Defendant.

CV 06 - 06067- AA

ORDER

---

Based upon the stipulation of the parties, it is hereby **ORDERED** that attorney fees in the amount of $5,407.50 and costs in the amount of $0.00, for a total of $5,407.50 are awarded and shall to be paid directly to Plaintiff's Attorney, Richard F. McGinty, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412 and 28 U.S.C. § 1920. There are no expenses to be paid herein.

**DATED this** \_\_13\_\_ **day of April 2007.**

*/s/ Ann Aiken*
UNITED STATES DISTRICT JUDGE

presented by:
Richard F. McGinty, OSB # 86071
Attorney for Plaintiff

Page -1-     ORDER                                                                                                           [CV 06 - 06067-AA]